835 A.2d 299

IN THE MATTER OF RUSSELL G. CHEEK, AN ATTORNEY AT LAW (ATTORNEY NO. 033961980).

November 24, 2003.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–267, concluding that **RUSSELL G. CHEEK** of **TOMS RIVER**, who was admitted to the bar of this State in 1980, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a)

(failure to communicate with client), *RPC* 1.16(d) (failure to turn over client files), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **RUSSELL G. CHEEK** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective December 29, 2003; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.